IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00048-MR
[CRIMINAL CASE NO. 1:16-cr-00002-MR-DLH-1]

| | |
|---|---|
| BARRY CARLTON TAYLOR, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____ ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion.

In this matter filed pursuant to 28 U.S.C. § 2255, the Government has filed a pending motion to dismiss, and Petitioner has filed a response to the motion. [Docs. 3, 4]. Before the Court rules on the Government's motion to dismiss, the Court will require the Government to submit a memorandum responding to the arguments made by Petitioner in his response, most specifically to Petitioner's argument that the Government "failed to address" various constitutional claims raised in the petition. [Doc. 4 at 2].

**IT IS, THEREFORE, ORDERED** that the Government shall file reply to Petitioner's response within 30 days of the entry of this Order.

**IT IS SO ORDERED**.

Signed: May 28, 2018

Martin Reidinger
United States District Judge